374 A.2d 711

Commonwealth v. Stewart, Appellant.

Argued March 24, 1977. Gerald F. Ragland, Jr., for appellant; Vincent Lorusso, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.